# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-48 (WLS-TQL-3) |
| | : |
| JUANJAVA BOGGERTY, *et al,* | : |
| | : |
| | : |
| Defendants. | : |
| | : |

# **ORDER**

On May 19, 2022, Defendant, Rafon Carithers, entered a plea of guilty to Count One of a Superseding Information. (Docs. 315 & 317.) At the change of plea hearing, Defendant's Sentencing Hearing was set for September 1, 2022. (Doc. 314.) As an aid to the Court, the United States Probation Office issued its Draft Presentence Investigation Report ("PSR") on July 28, 2022. (Doc. 360.) While objections were initially due by August 11, 2022, on Defendant's Motion (Doc. 370) this Court extended the deadline to object to the Draft PSR to August 18, 2022. (Docs. 370 & 371.) Defendant filed his objections on August 18, 2022. (Doc. 376.)

Based on the nature of Defendant's objections, this Court finds it necessary to continue Defendant's sentencing hearing from September 1, 2022. It is necessary to continue Defendant's sentencing hearing as Defendant requires additional clarification as to the factual predicate for certain sentencing enhancements proposed by the United States Probation Office in the PSR. (Doc. 376 at 14.) As such, Defendant requests the chance "to supplement his response upon receiving more detail." (*Id.*) Based on Defendant's request, and communications with the United States Probation Office, the Court does not believe that there is sufficient time for the United States Probation Office to prepare an addendum PSR and for the Defendant to have sufficient time to object, prior to September 1, 2022. Accordingly, Defendant's Sentencing Hearing, which was set to take place on September 1,

2022, is **CONTINUED** to a date to be determined by the Court. The September 1, 2022, Sentencing Hearing of Defendant, Rafon Carithers, is **CANCELLED**.

    **SO ORDERED**, this 22nd day of August 2022.

                          **/s/ W. Louis Sands**
                          **W. LOUIS SANDS, SR. JUDGE**
                          **UNITED STATES DISTRICT COURT**